

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00161-CR

Ziyad **TAIYM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2002CR8156
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 13, 2013.

_____
Luz Elena D. Chapa, Justice